FILED
CLERK, U.S. DISTRICT COURT

JAN 1 8 2001

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY STUART HARDISON,<br><br>PLAINTIFF(S),<br><br>-VS-<br><br>KABC-AM RADIO, INC.; ABC, INC.;<br>WALT DISNEY COMPANY,<br><br>DEFENDANT(S). | **CASE NUMBER**<br>CV01-00396AHM(Ex)<br><br>ORDER TO REASSIGN CASE<br><br>DUE TO SELF-RECUSAL |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of

OWNERSHIP OF STOCK IN A PARTY.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: 1/16/01

UNITED STATES DISTRICT JUDGE
A. HOWARD MATZ

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge Dean D. Pregerson. On all documents subsequently filed in this case, please substitute the initials DDP after the case number in place of the initials of the prior Judge so that the case number will read CV01-00396 DDP (Ex).

This is very important because documents are routed to the assigned Judge by means of the initials.

(4)

G-11 (10/93)                    ORDER TO REASSIGN CASE                ENTERED ON ICMS 1/19/01